IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BETTY J. GRAY, et al.,         )
                               )
    Plaintiffs,                )
                               )
    v.                         )   CIVIL. ACTION NO.
                               )   3:03cv1207-T
ALABAMA MOTOR EXPRESS,         )
INC., a corporation,           )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The settlement between plaintiffs Betty J. Gray, Gayla Gray, Christy M. Gray, C.G. (a minor), and B.G.(a minor) and defendant Alabama Motor Express, Inc., is approved.

(2) The plaintiffs shall receive a settlement from the defendant to be paid by its liability insurance carrier as follows: $77,000.00 by check made payable to the adult plaintiffs, Betty J. Gray, Gayla Gray and Christy M. Gray, and their attorneys, William C. Tucker and Gregory F. Cox.

(3) The minor plaintiff B.G. shall receive a settlement from the defendant to be paid by its liability insurance carrier in the form of an annuity which shall have a purchase price of $5,000.00 and make annual payments to minor plaintiff B.G. beginning on his eighteenth (18th) birthday, March 28, 2017.  These payments shall be in the amount of $2,172.85.  No attorney's fees or expenses will be deducted from the settlement for minor plaintiff B.G.

(4) The minor plaintiff C.G. shall receive a settlement from the defendant to be paid by its liability insurance carrier in the form of an annuity which shall have a purchase price of $5,000.00 and make annual payments to minor plaintiff C.G. beginning on her eighteenth (18th) birthday, September 12, 2014.  These payments shall be in the amount of $2,172.85.  No attorney's fees or expenses will be deducted from the settlement for minor plaintiff C.G.

(5) Upon payment of the sums stated above, defendant and its liability insurance carrier shall be released from all further liability or obligation to the plaintiffs.

(6) Any outstanding medical liens are to be satisfied by the plaintiffs.

(7) The foregoing provisions of this order are in the best interests of minor plaintiffs B.G. and C.G. as well as all other parties concerned and are fair, just, and reasonable under the circumstances of this case.

(8) This case is dismissed in its entirety with prejudice, with one exception: the court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this the 3rd day of January, 2005.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE