IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BETTY J. GRAY, an individual; | § | |
| GAYLA GRAY, an individual; | § | |
| CHRISTY M. GRAY, an individual; | § | |
| C. G., a minor, and | § | |
| B. G., a minor, who | § | CIVIL ACTION NUMBER: |
| sue by and through their mother | § | |
| and next friend, Christy M. Gray, | § | 03:3cv1207-T |
| | § | (WO) |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALABAMA MOTOR EXPRESS, INC., | § | |
| a corporation, | § | |
| | § | |
| Defendants. | § | |

---

**AMENDED FINAL JUDGMENT**

---

Pursuant to the stipulation of the parties (doc. no. 28) and in conjunction with Paragraph (8) of this Court's final judgment entered on October 21, 2004 which provides that "The Court shall retain jurisdiction to enforce the terms of the settlement agreement of the parties," the Court enters the following order.

Accordingly, it is the ORDER, JUDGMENT and DECREE of the Court:

(9) That Paragraphs (3) and (4) of this Court's order of October 21, 2004 are withdrawn and the following substituted therefor in order to accurately reflect the settlement agreement of the parties:

(3)     That the minor Plaintiff B. G. shall receive a settlement from the Defendant to be paid by its liability insurance carrier in the form of an annuity which shall have a purchase price of Five Thousand and 00/100 Dollars ($5,000.00) and make four (4) annual payments to B. G. beginning on

his eighteenth (18th) birthday, March 28, 2017.  Said payments shall be in the amount of Two Thousand One  Hundred Seventy-Two and 85/100 Dollars ($2,172.85).   No attorneys fees or expenses will be deducted from the settlement for said minor child;

(4)     That the minor plaintiff C. G. shall receive a settlement from the Defendant to be paid by its liability insurance carrier in the form of an annuity which shall have a purchase price of Five Thousand Dollars ($5,000.00) and make four (4) annual payments to C. G. beginning on her eighteenth (18th) birthday, September 12, 2014.  Said payments shall be in the amount of One Thousand Eight Hundred Sixty-Seven and 97/100 Dollars ($1,867.97).   No attorneys fees or expenses will be deducted from the settlement for said minor child.

(10)    That, in all other respects, the Court's order of October 21, 2004 shall remain in force and effect.

It is further ORDERED that, because the stipulation (doc. no. 28) contains the names of the minor plaintiffs, the clerk of the court shall place the stipulation under seal.

DONE, this the 30th day of June, 2005.


       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE